UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP SULLIVAN JR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>WP Company LLC<br><br>Defendant. | 1:17-CV-08152 (KBF) |

### STIPULATION OF VOLUNTARY DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-entitled action (including all claims for attorneys' fees and costs) be discontinued with prejudice and without costs to either party and that an order to that effect may be entered without further notice. This Stipulation may be filed with the Clerk of the Court without further notice. I hereby consent to the form and entry of the within stipulation.

Dated: January 11, 2018
New York, New York

**LEE LITIGATION GROUP, PLLC**

By: _____
C.K. Lee
30 East 39th Street, Second Floor
New York, New York 10016
Tel: 212-465-1188
Fax: 212-465-1181

*Attorneys for Plaintiff*

**JONES DAY**

By: _____
Eric Distelburger
250 Vesey Street
New York, New York 10281
Tel: 212.326.3939
Fax: 212.755.7306

*Attorney for Defendant*

So ordered.
KB.F
USDJ
1/17/18